| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 | |
| In Re:<br><br>Angela Lynch Oxley,<br>aka Angela Lynch-Oxley,<br>aka Angela L. Oxley<br><br>                                    Debtor | Case No: <u>17-31028 VFP</u><br><br>Chapter: <u>13</u><br><br>Judge: Vincent F. Papalia<br><br><br>**NOTICE OF APPEARANCE** |

     Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

802 Belvidere Avenue, Plainfield, NJ 07060

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:01/30/2018

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           Denise Carlon, Esquire
           Brian C. Nicholas, Esquire
           **KML Law Group, P.C.**
           216 Haddon Avenue, Ste. 406
           Westmont, NJ 08108
           (609) 250-0700 (NJ)
           (215) 627-1322 (PA)
           FAX: (609) 385-2214
           Attorney for Movant/Applicant