UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ.
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834 fax (732) 968-4095
ATTORNEYS FOR DEBTOR(S)

In Re:

Angela Lynch Oxley

Case No.: 17-31028 VPF

Judge: VPF

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by <u>Nationstar for US Bank National</u>, creditor,

   A hearing has been scheduled for <u>March 15, 2018</u>, at <u>11:00</u>.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☒ Payments have been made in the amount of $ <u>7647.00</u>, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor was unaware of the correct monthly payment amount. Debtor's Bank returned a check, debtor has now remitted payments for Jan and Feb 2018 to the creditor. Debtor will make up the shortfall in th Nov and Dec 2017 payments as soon as the creditor advises of the amount due. Creditor has been posting payments to "suspense".

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/27/2018                                    /s/ Angela Oxley
                                                   Debtor's Signature

Date: 3/4/18                                       _____
                                                   Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*