UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, et al.

In Re:

 Angela Lynch  Oxley,

 Debtor.

Case No.:        17-31028-VFP

Chapter:              13

Hearing Date:      3/15/201

Judge:            Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 802 Belvidere Avenue, Plainfield,  NJ (Docket # 23)

_____

Date: 3/14/2018_____          /s/ Denise Carlon_____
                                     Signature

*rev.8/1/15*