UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldber, Esq. (SMG0478)
Stephen M. Goldberg, PC
917 North Washington Avenue
Green Brook, NJ 08812
(732) 752-8834
Attorney for the Debtor(s)

Order Filed on November 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGELA LYNCH OXLEY

Case No.:    17-31028

Chapter:    13

Judge:    VFP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2018**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*