STEPHEN M GOLDBERG ESQ
917 N WASHINGTON AVE
GREEN BROOK, NJ  08812

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-31028

Re:   ANGELA LYNCH OXLEY                                         Atty:  STEPHEN M GOLDBERG ESQ
      802 BELVIDERE AVENUE                                              917 N WASHINGTON AVE
      PLAINFIELD, NJ  07060                                             GREEN BROOK, NJ  08812

## RECEIPTS AS OF 12/31/2018                                                         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/07/2017 | $1,800.00 | 9477808979 | 12/06/2017 | $800.00 | 24837625067 |
| 12/06/2017 | $1,000.00 | 24837625078 | 01/10/2018 | $1,000.00 | 24694381653 |
| 01/10/2018 | $800.00 | 24694381664 | 02/05/2018 | $1,800.00 | 4649727000 - |
| 02/13/2018 | $325.00 | 4667078000 - | 03/05/2018 | $2,125.00 | 4729871000 - |
| 04/05/2018 | $2,125.00 | 4810807000 | 05/14/2018 | $2,125.00 | 4908297000 |
| 06/11/2018 | $2,125.00 | 4984232000 | 07/12/2018 | $2,125.00 | 5065011000 |
| 08/15/2018 | $2,125.00 | 5153703000 | 10/01/2018 | $2,125.00 | 5267640000 |
| 10/29/2018 | $2,125.00 | 5344473000 | 11/30/2018 | $2,125.00 | 5427911000 |
| 12/31/2018 | $2,125.00 | 5502139000 | | | |

**Total Receipts: $28,775.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $28,775.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018                                        (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 02/20/2018 | $2,581.40 | 797,463 | | 03/19/2018 | $1,999.62 | 799,310 |
| | 04/16/2018 | $1,981.65 | 801,189 | | 04/16/2018 | $17.97 | 801,189 |
| | 05/14/2018 | $1,992.18 | 803,081 | | 05/14/2018 | $18.07 | 803,081 |
| | 06/18/2018 | $1,992.18 | 805,067 | | 06/18/2018 | $18.07 | 805,067 |
| | 07/16/2018 | $1,992.18 | 806,977 | | 07/16/2018 | $18.07 | 806,977 |
| | 08/20/2018 | $1,992.18 | 808,954 | | 08/20/2018 | $18.07 | 808,954 |
| | 09/17/2018 | $2,042.72 | 810,844 | | 09/17/2018 | $18.53 | 810,844 |
| | 11/19/2018 | $1,985.87 | 814,722 | | 11/19/2018 | $18.01 | 814,722 |
| | 12/17/2018 | $1,589.46 | 816,626 | | 12/17/2018 | $14.42 | 816,626 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,576.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,900.00 | 100.00% | 2,900.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,970.88 | 100.00% | 0.00 | 14,970.88 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 513.09 | 100.00% | 0.00 | 513.09 |
| 0009 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 63,124.50 | 100.00% | 22,135.31 | 40,989.19 |
| 0010 | PLAINFIELD MUNICIPAL UTILITIES AUTH | PRIORITY | 33,291.50 | 100.00% | 0.00 | 33,291.50 |
| 0011 | US BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 531.00 | 100.00% | 159.22 | 371.78 |

**Total Paid: $26,771.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $28,775.00    -    Paid to Claims: $22,294.53    -    Admin Costs Paid: $4,476.59    =    Funds on Hand: $2,003.88

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.