UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

Angela Lynch Oxley,

Debtor.

Case No.:      17-31028-VFP

Chapter:      13

Hearing Date:      12/5/2019

Judge:      Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 34)

_____

Date: 12/2/2019                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*