STEPHEN M GOLDBERG ESQ
917 N WASHINGTON AVE
GREEN BROOK, NJ 08812

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 17-31028

Re:  ANGELA LYNCH OXLEY
    802 BELVIDERE AVENUE
    PLAINFIELD, NJ 07060

Atty:  STEPHEN M GOLDBERG ESQ
    917 N WASHINGTON AVE
    GREEN BROOK, NJ 08812

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/07/2017 | $1,800.00 | 9477808979 | 12/06/2017 | $800.00 | 24837625067 |
| 12/06/2017 | $1,000.00 | 24837625078 | 01/10/2018 | $1,000.00 | 24694381653 |
| 01/10/2018 | $800.00 | 24694381664 | 02/05/2018 | $1,800.00 | 4649727000 - |
| 02/13/2018 | $325.00 | 4667078000 - | 03/05/2018 | $2,125.00 | 4729871000 - |
| 04/05/2018 | $2,125.00 | 4810807000 | 05/14/2018 | $2,125.00 | 4908297000 |
| 06/11/2018 | $2,125.00 | 4984232000 | 07/12/2018 | $2,125.00 | 5065011000 |
| 08/15/2018 | $2,125.00 | 5153703000 | 10/01/2018 | $2,125.00 | 5267640000 |
| 10/29/2018 | $2,125.00 | 5344473000 | 11/30/2018 | $2,125.00 | 5427911000 |
| 12/31/2018 | $2,125.00 | 5502139000 | 01/28/2019 | $2,125.00 | 5568523000 |
| 02/25/2019 | $2,125.00 | 5647219000 | 03/28/2019 | $2,125.00 | 5733312000 |
| 04/29/2019 | $2,125.00 | 5810250000 | 05/24/2019 | $2,125.00 | 5880486000 |
| 06/27/2019 | $2,125.00 | 5967212000 | 07/31/2019 | $2,125.00 | 6052916000 |
| 08/30/2019 | $2,125.00 | 6134129000 | 09/30/2019 | $2,125.00 | 6209607000 |
| 11/04/2019 | $2,125.00 | 6298137000 | 12/03/2019 | $2,125.00 | 6377135000 |
| 12/06/2019 | ($2,125.00) | 6377135000 | 12/13/2019 | $500.00 | 19052107390 |
| 12/13/2019 | $500.00 | 19052107389 | 12/13/2019 | $500.00 | 19052107391 |
| 12/13/2019 | $500.00 | 19052107392 | 12/13/2019 | $125.00 | 19052107393 |
| 01/14/2020 | $2,125.00 | | | | |

**Total Receipts: $54,275.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $54,275.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 02/20/2018 | $2,581.40 | 797,463 | | 03/19/2018 | $1,999.62 | 799,310 |
| | 04/16/2018 | $1,981.65 | 801,189 | | 04/16/2018 | $17.97 | 801,189 |
| | 05/14/2018 | $1,992.18 | 803,081 | | 05/14/2018 | $18.07 | 803,081 |
| | 06/18/2018 | $1,992.18 | 805,067 | | 06/18/2018 | $18.07 | 805,067 |
| | 07/16/2018 | $1,992.18 | 806,977 | | 07/16/2018 | $18.07 | 806,977 |
| | 08/20/2018 | $1,992.18 | 808,954 | | 08/20/2018 | $18.07 | 808,954 |
| | 09/17/2018 | $2,042.72 | 810,844 | | 09/17/2018 | $18.53 | 810,844 |
| | 11/19/2018 | $1,985.87 | 814,722 | | 11/19/2018 | $18.01 | 814,722 |
| | 12/17/2018 | $1,589.46 | 816,626 | | 12/17/2018 | $14.42 | 816,626 |
| | 01/14/2019 | $1,985.87 | 818,548 | | 01/14/2019 | $18.01 | 818,548 |
| | 02/11/2019 | $1,985.87 | 820,465 | | 02/11/2019 | $18.01 | 820,465 |
| | 03/18/2019 | $1,985.87 | 822,499 | | 03/18/2019 | $18.01 | 822,499 |
| | 04/15/2019 | $1,985.87 | 824,477 | | 04/15/2019 | $18.01 | 824,477 |

Chapter 13 Case # 17-31028

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/20/2019 | $1,985.87 | 826,540 | | 05/20/2019 | $18.01 | 826,540 |
| | 06/17/2019 | $1,985.87 | 828,428 | | 06/17/2019 | $18.01 | 828,428 |
| | 07/15/2019 | $2,021.66 | 830,295 | | 07/15/2019 | $18.34 | 830,295 |
| | 08/19/2019 | $2,021.66 | 832,372 | | 08/19/2019 | $18.34 | 832,372 |
| | 09/16/2019 | $2,021.66 | 834,313 | | 09/16/2019 | $18.34 | 834,313 |
| | 10/21/2019 | $2,021.66 | 836,420 | | 10/21/2019 | $18.34 | 836,420 |
| | 11/18/2019 | $2,074.31 | 838,419 | | 11/18/2019 | $18.81 | 838,419 |
| | 12/16/2019 | $1,996.39 | 840,286 | | 12/16/2019 | $18.11 | 840,286 |
| | 01/13/2020 | $1,996.39 | 842,180 | | 01/13/2020 | $18.11 | 842,180 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,764.45 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,900.00 | 100.00% | 2,900.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,970.88 | 100.00% | 0.00 | 14,970.88 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 513.09 | 100.00% | 0.00 | 513.09 |
| 0009 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRI | 63,124.50 | 100.00% | 46,218.39 | 16,906.11 |
| 0010 | PLAINFIELD MUNICIPAL UTILITIES AUTH | PRIORITY | 33,291.50 | 100.00% | 0.00 | 33,291.50 |
| 0011 | US BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 531.00 | 100.00% | 377.66 | 153.34 |

**Total Paid: $52,260.50**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $54,275.00    -    Paid to Claims: $46,596.05    -    Admin Costs Paid: $5,664.45    =    Funds on Hand: $2,014.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.