**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE:<br>ANGELA LYNCH OXLEY | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13 Case No.:  17-31028VFP<br><br>HEARING DATE:  6/18/2020 at 10:00 am |
| STEPHEN M GOLDBERG ESQ<br>917 N WASHINGTON AVE<br>GREEN BROOK, NJ  08812 | ORAL ARGUMENT REQUESTED |

ANGELA LYNCH OXLEY
802 BELVIDERE AVENUE
PLAINFIELD, NJ  07060

## NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Order dismissing this case, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 06/18/2020, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

>US Bankruptcy Court
>Office of the Clerk
>50 Walnut St, Third Floor
>Newark, NJ 07102
>    **and**
>Marie-Ann Greenberg
>Chapter 13 Standing Trustee
>30 Two Bridges Road
>Suite 330
>Fairfield, NJ  07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 06/18/2020 at 10:00 am in the courtroom of Honorable Judge VINCENT F. PAPALIA, at US Bankruptcy Court, 50 Walnut St, Third Floor, B, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

                                                Marie-Ann Greenberg, Esquire
                                                Chapter 13 Standing Trustee

Dated:  May 06, 2020                          By:  /S/Marie-Ann Greenberg
                                                           Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ANGELA LYNCH OXLEY

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

Chapter 13 Case No.:  17-31028VFP

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jackie Michaels, being of full age certify that:

- I am a paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.
- The debtor(s), as of the date of this certification are delinquent a total of  6,375.00.
- For the reasons set forth above, the Trustee recommends the case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  May 06, 2020

By:  /S/  Jackie Michaels
     Jackie Michaels