UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
716 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11

Order Filed on August 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Angela Lynch Oxley, David C. Oxley

Debtors.

Case No.: 17-31028 VFP

Adv. No.:

Hearing Date: 8/20/2020 @ 10:00 a.m..

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 17, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:   Angela Lynch Oxley, David C. Oxley
Case No:  17-31028 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11, Denise Carlon appearing, upon a certification of default as to real property located at 802 Belvidere Avenue, Plainfield, NJ, 07060, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stephen M. Goldberg, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 10, 2020, Debtor are due for the May 2020 through July 2020  post-petition payments for a total post-petition default of $10,805.30 (2 @ $4,109.15, 1 @ $3,851.70, less suspense $1,264.70); and

It is **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $10,805.30 immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2020, directly to Secured Creditor's servicer, Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-31028-VFP
Angela Lynch Oxley                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 18, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db            +Angela Lynch Oxley,    802 Belvidere Avenue,    Plainfield, NJ 07060-1967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage
               Loan Trust 2004-11 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    GSR MORTGAGE LOAN TRUST 2004-11, MORTGAGE PASS-THROUGH
               CERTIFICATES bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR
               Mortgage Loan Trust 2004-11 rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan
               Trust 2004-11 smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    GSR Mortgage Loan Trust 2004-11, Mortgage Pass-Through
               Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest
               to Wachovia Bank, National Association, as Truste smncina@rascrane.com
              Stephen M. Goldberg    on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com,
               bk2notices@gmail.com
              Steven P. Kelly    on behalf of Creditor    GSR Mortgage Loan Trust 2004-11, Mortgage Pass-Through
               Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest
               to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9