## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___JUNE 10 2021___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANGELA LYNCH OXLEY
802 BELVIDERE AVENUE
PLAINFIELD, NJ 07060

And via electronic mail to:

STEPHEN M. GOLDBERG
STEPHEN M. GOLDBERG, PC
917 N. WASHINGTON AVENUE
GREEN BROOK, NJ 08812-2614

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /S/ Michael Gogan