| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  ANGELA LYNCH OXLEY | Case No.:  17-31028<br><br>Judge:  VINCENT F. PAPALIA |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: April 25, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): ANGELA LYNCH OXLEY

Case No.: 17-31028VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of PLAINFIELD MUNICIPAL UTILITIES AUTHORITY, Court Claim Number 3, be reduced to amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Angela Lynch Oxley  
    Debtor

Case No. 17-31028-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 26, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan  
     on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, informationathnk@aol.com

Harold N. Kaplan  
     on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, informationathnk@aol.com

Kevin M. Buttery  
     on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11 MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com

Marie-Ann Greenberg

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 rsolarz@kmllawgroup.com

Shauna M Deluca

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com

Sindi Mncina

on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com

Stephen M. Goldberg

on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com bk2notices@gmail.com

Steven P. Kelly

on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12