Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17−31028−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Lynch Oxley
   aka Angela Lynch−Oxley, aka Angela L.
   Oxley
   802 Belvidere Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5578

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/22 at 10:00 AM

to consider and act upon the following:

**69** – Creditor's Certification of Default (related document:61 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11. Objection deadline is 06/15/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**70** – Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:61 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11. Objection deadline is 06/15/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11) filed by Stephen M. Goldberg on behalf of Angela Lynch Oxley. (Attachments: # 1 Exhibit Ltr and check submitted to creditor # 2 Exhibit Mtge Statements shoiwing payment and suspense and showing loan current) (Goldberg, Stephen)

Dated: 6/16/22

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court