Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31028−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Lynch Oxley
   aka Angela Lynch−Oxley, aka Angela L.
   Oxley
   802 Belvidere Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5578

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/22 at 10:00 AM

to consider and act upon the following:

*69 −* Creditor's Certification of Default (related document:61 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11. Objection deadline is 06/15/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*70 −* Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:61 Order (Generic)) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11. Objection deadline is 06/15/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004−11) filed by Stephen M. Goldberg on behalf of Angela Lynch Oxley. (Attachments: # 1 Exhibit Ltr and check submitted to creditor # 2 Exhibit Mtge Statements shoiwing payment and suspense and showing loan current) (Goldberg, Stephen)

Dated: 6/16/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-31028-VFP

Angela Lynch Oxley                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: ntchrgbk | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967 |
| cr | + | GSR MORTGAGE LOAN TRUST 2004-11, MORTGAGE PASS-THR, ROBERTSON, ANSCHUTZ & SCHNEID, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | GSR Mortgage Loan Trust 2004-11, Mortgage Pass-Thr, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Jun 16 2022 20:38:00 | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, informationathnk@aol.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: ntchrgbk | Total Noticed: 4 |

Harold N. Kaplan
 on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, informationathnk@aol.com

Kevin M. Buttery
 on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11 MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Rebecca Ann Solarz
 on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 rsolarz@kmllawgroup.com

Shauna M Deluca
 on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com

Sindi Mncina
 on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com

Stephen M. Goldberg
 on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

Steven P. Kelly
 on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12