Certificate Number: 20476-NJ-DE-036882643

Bankruptcy Case Number: 17-31028



20476-NJ-DE-036882643

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2022, at 4:06 o'clock PM EDT, Angela Oxley completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 5, 2022           By:    /s/Scott E Kehiaian

                                   Name:  Scott E Kehiaian

                                   Title: TEN Representative