Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31028−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Lynch Oxley
   aka Angela Lynch−Oxley, aka Angela L.
   Oxley
   802 Belvidere Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5578

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 30, 2022 for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 31, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-31028-VFP |
| Angela Lynch Oxley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

**Name**               **Email Address**

Denise E. Carlon

    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan

    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association,

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Oct 31, 2022  Form ID: clsnodsc  Total Noticed: 3

| | |
|---|---|
| Harold N. Kaplan | as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, kimwilson@raslg.com<br><br>on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin M. Buttery | on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11 MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com |
| Stephen M. Goldberg | on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com |
| Steven P. Kelly | on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11