Form cscnodsc – ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−31028−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angela Lynch Oxley
aka Angela Lynch−Oxley, aka Angela L.
Oxley
802 Belvidere Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−5578

Employer's Tax I.D. No.:

---

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the
Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the
debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a
previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge
providing an opportunity to be heard prior to case closing.

Dated: December 1, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Angela Lynch Oxley

    Debtor

Case No. 17-31028-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Dec 01, 2022

User: admin

Form ID: cscnodsc

Page 1 of 3

Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967 |
| cr | + | GSR MORTGAGE LOAN TRUST 2004-11, MORTGAGE PASS-THR, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | GSR Mortgage Loan Trust 2004-11, Mortgage Pass-Thr, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517125959 | + | David Marshall, City of Plainfield Tax Collector, 515 Watchung Ave, Plainfield, NJ 07060-1798 |
| 517125963 | + | Mr. Cooper 17, P O Box 619094, Dallas, TX 75261-9094 |
| 517125965 | + | PMUA- Plainfield Municipal Utility, P.o. Box 416829, Boston, MA 02241-6829 |
| 517223685 | + | Plainfield MUA, 127 Roosevelt Ave, Plainfield NJ 07060-1331 |
| 517125964 | + | Plainfield Tax Collector, City Hall, P O Box 1407, 515 Watchung Ave, Plainfield, NJ 07060-1720 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Dec 01 2022 20:55:00 | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517125956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 20:58:05 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517125955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 20:58:06 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517125957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2022 20:55:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517125958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2022 20:55:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 517125960 | ^ | MEBN | Dec 01 2022 20:51:03 | Equifax Credit Information Services, P O Box 740241, Atlanta, GA 30374-0241 |
| 517125961 | ^ | MEBN | Dec 01 2022 20:51:45 | Experian, P O Box 2002, Allen, TX 75013-2002 |
| 517280993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2022 20:58:16 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517338861 | | Email/Text: bnc-quantum@quantum3group.com | Dec 01 2022 20:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Dec 01, 2022 | Form ID: cscnodsc | Total Noticed: 21

| 517125966 | ^ MEBN | | |
| | | Dec 01 2022 20:51:30 | TransUnion, P O Box 2000, Chester, PA 19016-2000 |
| 517223946 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Dec 01 2022 20:55:00 | U.S. Bank National Association, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517125962 | ##+ | KML Law Group, PC 17, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin M. Buttery | on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11  MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com |

District/off: 0312-2                          User: admin                                      Page 3 of 3
Date Rcvd: Dec 01, 2022                       Form ID: cscnodsc                          Total Noticed: 21

Stephen M. Goldberg
                        on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com

Steven P. Kelly
                        on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank
                        National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste
                        skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11