Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−31028−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela Lynch Oxley
   aka Angela Lynch−Oxley, aka Angela L.
   Oxley
   802 Belvidere Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5578

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/23 at 10:00 AM

to consider and act upon the following:

*88* − Motion to Reopen Case re: to file Cert in Support of Discharge. Fee Amount $ 235. Filed by Stephen M. Goldberg on behalf of Angela Lynch Oxley. Hearing scheduled for 2/15/2023 at 09:15 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Stephen M. Goldberg, Esq. # 2 Certification In support of Discharge # 3 Certification Service # 4 Proposed Order Reopening case) (Goldberg, Stephen)

Dated: 1/18/23

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court