Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−31028−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angela Lynch Oxley
    aka Angela Lynch−Oxley, aka Angela L.
    Oxley
    802 Belvidere Avenue
    Plainfield, NJ 07060

Social Security No.:
    xxx−xx−5578

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/23 at 10:00 AM

to consider and act upon the following:

*88* − Motion to Reopen Case re: to file Cert in Support of Discharge. Fee Amount $ 235. Filed by Stephen M. Goldberg on behalf of Angela Lynch Oxley. Hearing scheduled for 2/15/2023 at 09:15 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Stephen M. Goldberg, Esq. # 2 Certification In support of Discharge # 3 Certification Service # 4 Proposed Order Reopening case) (Goldberg, Stephen)

Dated: 1/18/23

                                                                         Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-31028-VFP

Angela Lynch Oxley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 18, 2023  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, kimwilson@raslg.com

Kevin M. Buttery
    on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11  MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 18, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Marie-Ann Greenberg
 magecf@magtrustee.com

Shauna M Deluca
 on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com

Sindi Mncina
 on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com

Stephen M. Goldberg
 on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com

Steven P. Kelly
 on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11