UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:        _____

Hearing Date:    _____

Judge:           _____

Chapter:         _____

Recommended Local Form:    ❏   Followed        ❏   Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1.    This case is reopened. **\***

2.    ❏    A Trustee shall be appointed.

      ❏    A Trustee shall not be appointed.

3.    ❏    The case shall be immediately reclosed.

      ❏    The case shall be closed within _____ days.

      ❏    The case shall be reviewed within _____ days for
           issuance of Discharge and closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

**\* for the limited purpose of allowing Debtor to file a Certification in Support of Discharge which was refiled on June 6, 2023 to correct an error contained on the originally filed document.**

*rev. 6/1/06. jml*