UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
STEPHEN M. GOLDBERG, ESQ. SMG0478
STEPHEN M. GOLDBERG, PC
917 N. Washington Avenue
Green Brook, NJ  08812
(732) 752-8834
ATTORNEY FOR DEBTOR

Order Filed on June 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGELA LYNCH OXLEY

Case No.:          17-31028

Hearing Date:    2/16/23  10AM

Judge:                  VFP

Chapter:                13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____ Dorothy L. Wright, Esq. _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.\*

2. ☐ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within \_\_14\_\_ days for issuance of Discharge and closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

**\* for the limited purpose of allowing Debtor to file a Certification in Support of Discharge which was refiled on June 6, 2023 to correct an error contained on the originally filed document.**

*rev. 6/1/06. jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                             Case No. 17-31028-VFP

Angela Lynch Oxley                                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                         Page 1 of 2

Date Rcvd: Jun 08, 2023                Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

**Recip ID**           **Recipient Name and Address**
db                   +   Angela Lynch Oxley, 802 Belvidere Avenue, Plainfield, NJ 07060-1967

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

Denise E. Carlon

            on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan

            on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan

            on behalf of Creditor GSR Mortgage Loan Trust 2004-11  Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste hkaplan@rasnj.com, kimwilson@raslg.com

Kevin M. Buttery

            on behalf of Creditor GSR MORTGAGE LOAN TRUST 2004-11  MORTGAGE PASS-THROUGH CERTIFICATES kbuttery@moodklaw.com

Marie-Ann Greenberg

District/off: 0312-2          User: admin          Page 2 of 2

Date Rcvd: Jun 08, 2023          Form ID: pdf903          Total Noticed: 1

magecf@magtrustee.com

Shauna M Deluca

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for the holders of GSR Mortgage Loan Trust 2004-11 smncina@raslg.com

Sindi Mncina

on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste smncina@raslg.com

Stephen M. Goldberg

on behalf of Debtor Angela Lynch Oxley bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

Steven P. Kelly

on behalf of Creditor GSR Mortgage Loan Trust 2004-11 Mortgage Pass-Through Certificates, Series 2004-11, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Truste skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11